AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.         DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** Lakewood, WA  
**Total Works Infringed:** 40  
**IP Address:** 71.231.108.136  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 09/19/2017 05:23:42 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 09/18/2017 01:48:13 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 09/19/2017 05:02:09 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 4 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 09/17/2017 21:44:59 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 5 | 127D8EAEE8F45701A505248271A3CFD34373E448 | Tushy | 09/19/2017 11:26:21 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 6 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 09/12/2017 10:31:16 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 7 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 09/10/2017 01:37:17 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 8 | 22D7E6DF1C65E9AA355C984C40F03C655B5CACAA | Tushy | 10/08/2017 23:54:40 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 9 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 09/12/2017 04:11:47 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 10 | 3322700996A03ADC28816C7F4921A496821C476B | Blacked | 09/24/2017 03:54:27 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 11 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 09/24/2017 03:47:20 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 12 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 09/17/2017 22:27:09 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 13 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/24/2017 02:46:00 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 14 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 09/12/2017 10:36:59 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 15 | 553553FD62D75AA61FB6CA8A0359FB43667CB6F5 | Blacked | 09/01/2017 23:05:42 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 16 | 5BA8C505786DB4E51EF89090788154E4AE325290 | Tushy | 09/14/2017 04:21:50 | 09/13/2017 | 09/25/2017 | 15894022635 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 09/18/2017 02:39:56 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 18 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/02/2017 19:00:21 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 19 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 09/24/2017 03:09:33 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 20 | 6E23FE73A51BA853DB0F453FBC5DFE31753C78B6 | Blacked | 10/08/2017 22:08:28 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 21 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 09/24/2017 02:42:28 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 22 | 7973F42423509A2388A584BF4C868BA6DC95FF13 | Tushy | 09/19/2017 10:08:29 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 23 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/24/2017 02:36:56 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 24 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 09/12/2017 04:17:45 | 06/25/2017 | 07/06/2017 | 15584063333 |
| 25 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 09/24/2017 02:59:50 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 26 | 9E1EEE10CC32609ECC2542444366C4BBDC969CB5 | Vixen | 09/19/2017 21:02:56 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 27 | A0ACD3E184A10BCE7493C1221C4462C6C614D827 | Tushy | 09/25/2017 02:28:22 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 28 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 08/22/2017 21:58:13 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 29 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 09/24/2017 02:41:52 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 30 | AC799777EF3E34163919F9B594124694034AF142 | Blacked | 09/24/2017 03:09:11 | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 31 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/24/2017 03:04:33 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 32 | C6FBA3069477275EFE6BB2C5020403FD2DFA9F09 | Blacked | 09/01/2017 22:57:50 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 33 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 09/24/2017 03:05:54 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 34 | D14D62F0F49D81AA93E84EFBBB201EC6E6D5B459 | Vixen | 08/27/2017 22:17:06 | 07/18/2017 | 08/10/2017 | PA0002046875 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | DC3A476203AE28B726335CD4F5B2313D0A90B11D | Vixen | 10/03/2017 15:07:02 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 36 | DD054025C9D32C39934EC355120BB5FCFFECBBD2 | Blacked | 09/01/2017 22:54:15 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 37 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 09/19/2017 06:11:29 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 38 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 09/24/2017 04:21:39 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 39 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/24/2017 02:53:38 | 09/22/2017 | 10/02/2017 | 15894023159 |
| 40 | FDAC3DBC3C4A246BD42F11BA192962B2A7AC5C4B | Vixen | 10/11/2017 18:56:11 | 10/11/2017 | 10/22/2017 | 15918925932 |