The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT TACOMA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 71.231.108.136,<br><br>    Defendant. | Case No.: 3:17-cv-05952-TSZ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action and all claims asserted therein *with prejudice*. Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED this 18th day of April, 2018

FOX ROTHSCHILD LLP


 *s/ Bryan J. Case*
Bryan J. Case, WSBA #41781
*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE (3:17-cv-05952-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   s/ *Bryan J. Case*
     Bryan J. Case